# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TINA RIVIELLO, | : | |
| Plaintiff, | : | Case No. 3:13cv00096 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This case is before the Court upon the parties' Joint Motion For Remand. (Doc. #11). In light of the parties' agreement, the Court finds that an Order entering judgment in Plaintiff's favor and against Defendant and remanding this matter to the Social Security Administration under sentence four of 42 U.S.C. §405(g) is warranted. Upon remand, the Appeals Council will vacate the findings in the Administrative Law Judge's decision that Plaintiff was not disabled from August 1, 2001 through February 22, 2011. The Acting Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act. Plaintiff and the Acting Commissioner stipulate that the Administrative Law Judge's determination that Plaintiff became disabled on February

23, 2011 and was entitled to benefits from that day forward was proper and will remain intact.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion For Remand (Doc. #11) is GRANTED;

2. The Clerk of Court is directed to enter Judgment in favor of Plaintiff and against Defendant reversing Defendant's final decision and remanding this matter to the Social Security Administration pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings consistent with this Order; and

3. The case is terminated on the docket of this Court.

December 31, 2013

s/Sharon L. Ovington
Sharon L. Ovington
Chief United States Magistrate Judge
